UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RAMIREZ GUZMAN,<br><br>         Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden, et al.,<br><br>         Respondent. | Case No.: 17cv982-CAB-WVG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION [Doc. No. 12] AND DENYING PETITION** |

  On May 11, 2017, Petitioner Sergio Ramirez Guzman ("Petitioner"), a state prisoner proceeding pro se and in forma pauperis, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 1.] On September 27, 2018, Respondent filed an answer to the petition and lodged the state court record. [Doc. Nos. 7, 8.] On November 2, 2017, Petitioner filed a traverse. [Doc. No. 10.]

  On February 21, 2018, Magistrate Judge William V. Gallo issued a Report and Recommendation ("Report"), recommending that the Court deny the Petition. [Doc. No. 12.] The Report also ordered that any objections were to be filed by March 30, 2918. [Report at 20.] To date, no objection has been filed, nor has there been a request for additional time in which to file an objection.

  A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the
1

Federal rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and recommendation. The Court reviews de novo those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id. However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." United States v. Reyna–Tapia, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." Id.

Here, neither party has timely filed objections to the Report. Having reviewed it, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court **HEREBY ADOPTS** Magistrate Judge Gallo's Report and Recommendation [Doc. No. 12] in its entirety. For the reasons stated in the Report, which is incorporated herein by reference, the Court **DENIES** the Petition. [Doc. No. 1.]

Moreover, because the Court does not believe that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong it **DECLINES** to issue a Certificate of Appealability. See *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

Dated: April 6, 2018

Hon. Cathy Ann Bencivengo
United States District Judge